cc: DKW/MS

HID EEO 1 (Rev 06/06) Employment Discrimination Complaint

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 3 0 2018

at 1 o'clock and 35 min. PM
SUE BEITIA, CLERK

NAME: Gail Lynn Crabbe
MAILING ADDRESS: 2666 Gardenia St.
CITY, STATE, ZIP CODE: Hon. HI 96816
TELEPHONE NUMBER: 808 646-1223, if using landline dial 808 first
FACSIMILE AND EMAIL (if applicable): gail.crabbe.rn@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

Gail Lynn Crabbe )   CIVIL NO. 18 00418 DKW KJM
 )
 )   EMPLOYMENT DISCRIMINATION
 )   COMPLAINT
Plaintiff, )
 )   exhibit A
vs. )   exhibit B
Darlene Nakayama )   exhibit C
Palolo Chinese Home )   Requesting for Jury Trial!
2459 Tenth Ave )
Hon. HI 96816 )
Defendant(s). )

See attached letter for additional defendants

1. Plaintiff resides at:

   Address: 2666 Gardenia St.

   City, State & Zip Code: Honolulu, HI 96816

   Phone number: 808-646-1223

2. Defendant is located at:

   Address: 2459 Tenth Ave

   City, State & Zip Code: Honolulu, HI 96816

EEO 1 - Page 1

Palolo Chinese Home Board of Directors

Roger K.S. Liu, CPA, President/Chair

Eric K. Watanabe, CPA  1st President

Douglas C. Smith, Esq  2nd Vice President

Patricia L. Blanchette, MD, MPH, CMO  Secretary

Francis H. Goo  treasurer

Gordon S.K. Au (past chair/president)

Directors

Beverly C. Ament
Peter Backus
Patricia A. Boeckmann, MHA
Russell J. Lau
Gladys K. Lee
Christy Zeng Lei
Dick I. Oshima
J.P. Schmidt, Esq.
Walton Shim, MD
Barbara Kim Stanton
Dana Takushi
Lawrence K.W. Tseu, DDS
Blossom Y. Tyau

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. § 2000e-5. Equitable and other relief is sought under 42 U.S.C. § 2000e-5(g).

4. This acts complained of in this suit concern:

- A. ☐ Failure to employ me.
- B. ☒ Termination of my employment
- C. ☐ Failure to promote me.
- D. ☒ Other acts as specified below:

Failure to accomadate my hearing deficit by taking me out of the private office I had for four years and forced me to work in noisy office with 3 coworkers. One administrator suggested I wear ear muffs. Treated younger Filipino similar situated, with assistance by supervisors that was not given to me. Harrassment by increasing my workload over 45% and telling me to work an extra day for no increase in pay. Not taking action when I was harrassed by CEO's secretary. Not processing to this day, Worker's Comp for fall I had on the job over one year ago. Monthly harrassing letters until firing me via letter for faxing my doctors' statement to a disconnected fax machine. I was treated differently since returning earlier 2017 from personal medical FMLA.

EEO 1 - Page 2

5. Defendant's conduct is discriminatory with respect to the following:

- A. [X] My race or color.
- B. [ ] My religion.
- C. [ ] My sex.
- D. [ ] My national origin.
- E. [X] Other acts as specified below:

age (I was 62), I was the only Caucasian in administration, my ADA accommodation.

6. The basic facts surrounding my claim of discrimination are:

For 5 years I alone did social services for 61 patients. Late 2017 a new building plus 50 extra patients were added. Multiple new duties were added on to myself and the second Social Service coordinator they hired. Previous 5 years I had private office to counsel families, I wear hearing aids which worked fine in a private office. I had my work increase over 45% plus put in noisy 4 person office where I could not hear my clients/vendors on the phone. I was ridiculed in a meeting (which I recorded) because I could not hear and was mixing up patients. I was forced to go to a unscheduled meeting during the same time as my important weekly team meeting. Running between buildings to get to meeting I fell on concrete. Mild physical but extensive psychological injury / major anxiety unable to work. Continued to harress me monthly by letter + fired me before ever returning to work.

EEO 1 - Page 3

7. The alleged discrimination occurred on or about __April 2017__.
   (Date)

9. I filed charges with the Federal Equal Employment Opportunity Commission (or the State of Hawaii Department of Labor and Industrial Relations, Enforcement Division) regarding defendant's alleged discriminatory conduct on or about __August 30, 2017__
   (Date)

10. WHEREFORE, Plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs, and attorney fees.

Dated: ~~4-12-2018~~ 10-30-18

_____
Signature of Plaintiff

__Gail Lynn Crabbe R.N.__
Plaintiff's Name - printed, or typed.
*(Notarization is not required)*